Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | |
|---|---|
| **Harmony Gibbons** | ) |
| | ) |
| **Petitioner** | ) |
| | ) |
| vs. | )   Case Number: 20-1425 |
| | ) |
| **Warden, FCI Pekin** | ) |
| | ) |
| **Respondent** | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner Harmony Gibbons' Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is DISMISSED. Because the Court's jurisdiction over this matter is unclear, this dismissal shall be WITHOUT PREJUDICE for failure to exhaust administrative remedies, or, alternatively, for lack of jurisdiction.

**Dated: 12/29/2020**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

s/ JES